**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| Audrey Thomas | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO.1:11-cv-330-HLM |
| Gwinnett County School District | |
| Defendant | |

J U D G M E N T

This action having come before the Court, Honorable Harold L. Murphy, United States District Judge, and the Court having adopted the Magistrate Judge's final report and recommendation, and granted Defendant's motion for summary judgment, it is:

Ordered and Adjudged that judgment is entered for Defendant and against Plaintiff for the costs of this action, and the same hereby is dismissed.

Dated at Rome, Georgia, this 17th day of August, 2012

JAMES N. HATTEN
DCE/CLERK

By:    S/Brenda Hambert
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 August 17, 2012
JAMES N. HATTEN
DCE/CLERK

By:   S/Brenda Hambert
      Deputy Clerk